# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-60551
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 10, 2014

Lyle W. Cayce
Clerk

VAHE HARUTYUNYAN,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A079 539 971

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Vahe Harutyunyan, a native and citizen of Armenia, petitions this court for review of an order of the Board of Immigration Appeals (BIA) dismissing his appeal from the immigration judge's (IJ) denial of his application for relief under the Convention Against Torture (CAT). Harutyunyan asserts that the BIA erred in affirming the IJ's findings that he was not credible based in part on his criminal convictions, that he had not presented sufficient corroborating

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence, and that he had not established his eligibility for relief under the CAT.

Harutyunyan's removal results from his conviction of an aggravated felony. We do not have jurisdiction to review his claims because they do not present either a constitutional issue or a question of law. *See Zhu v. Gonzales,* 493 F.3d 588, 596 n.31 (5th Cir. 2007); *Hadwani v. Gonzales,* 445 F.3d 798, 801 (5th Cir. 2006); 8 U.S.C. § 1252(a)(2)(C) & (D). Accordingly, Harutyunyan's petition for review is DISMISSED for lack of jurisdiction.